F. E. TEVES COAL CO., Respondent, v. NEFF et al., Assessors, Appellants. (Supreme Court, Appellate Division, Second Department. October 30, 1896.) Application of the F. E. Teves Coal Company for a writ of certiorari to B. C. Neff, Henry Bristow, and others, assessors of the city of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

FIRST NAT. BANK OF FRIENDSHIP. Respondent, v. WESTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by the First National Bank of Friendship, N. Y., against Abijah Weston, survivor, etc. No opinion. Order affirmed, with $10 costs and disbursements.

FISHER et al., Respondents, v. TUNBRIDGE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Action by Conrad J. Fisher and Theodore D. Allen against Spencer J. Tunbridge. No opinion. Appeal dismissed, with costs.

FOGASSI v. NEW YORK CENT. & H. R. R. CO. (City Court of New York, General Term. October 30, 1896.) Action by Marie Fogassi against New York Central & Hudson River Railroad Company. A. Green, for appellant. R. Campora, for respondent. No opinion. Judgment and order affirmed, with costs.

FOLEY v. FOLEY. (Supreme Court, Appellate Division, First Department. July, 1894.) Action by Helen M. Foley against John R. Foley. No opinion. Motion denied; but appellant must be ready at September session.

FOWLER, Appellant, v. DEARING, Respondent. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by George H. Fowler against George B. Dearing. No opinion. Motion for leave to appeal to the court of appeals denied. See 39 N. Y. Supp. 1034.

FRICHETTE v. ALICE FALLS CO. (Supreme Court, Appellate Division, Third Department. December 18, 1896.) Action by Henry Frichette against the Alice Falls Company. No opinion. Application for leave to appeal to the court of appeals denied. See 39 N. Y. Supp. 1124.

FRIENDLY, Respondent, v. PARSONS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 16, 1896.) Action by Adolf Friendly against William A. Parsons and others. No opinion. Judgment and order affirmed, with costs. All concur.

FRISCHMAN, Respondent, v. ZIMMERMAN et al., Appellants. (City Court of New York, General Term. October 30, 1896.) Action by Ignatz Frischman against Moses Zimmerman and Herman Walke. S. D. Levy, for appellants. J. Fromme, for respondent.

FITZSIMONS, J. The plaintiff's testimony, which, evidently the jury believed, shows that the note in suit was given for the rent of the Coney Island property, and was accepted by the plaintiff because of the defendant Zimmerman's indorsement, and was in no sense an accommodation indorsement. The fact that Zimmerman indorsed the note evidently induced the plaintiff to lease the premises just described to the defendant Walke, and it was accepted by plaintiff in payment of the rent therein mentioned. Of course it was the plaintiff's duty, in view of the fact that Zimmerman's indorsement was irregular, to show by the weight of evidence that the note was given, and said indorsement made, for the purpose of obtaining credit with the payor. This duty he fully performed, in our judgment, as the appeal record shows. We have been unable to find any errors herein, and the judgment must be affirmed, with costs. VAN WYCK, C. J., concurs in the result.

FROST, Appellant, v. BAKER, Respondent. (Supreme Court, Appellate Division, Third Department. December 8, 1896.) Action by Maud F. Frost against James H. Baker. No opinion. Judgment of county court affirmed, with costs. All concur.

FURMAN et ux., Respondents, v. FURMAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 27, 1896.) Action by Garrit Furman and wife against William H. Furman and others. No opinion. Motion to resettle order denied. See 41 N. Y. Supp. 76.

In re GALPIN. (Supreme Court, Appellate Division, Second Department. October 13, 1896.) Application by Henry F. Galpin for admission as attorney and counselor at law. No opinion. Application granted, and the applicant may take the oath of office.

GAMBLE v. LENNON. (Supreme Court, Appellate Division, First Department. July, 1896.) Action by Annie Gamble, as administratrix, against William Lennon. No opinion. Motion denied; but papers must be served by August 31st. See 41 N. Y. Supp. 277.